HEATHER WILLIAMS, Bar #122664
Federal Defender
LINDA C. HARTER, Bar #179741
Chief Assistant Federal Defender
Designated Counsel for Service
COURTNEY OXSEN
Certified Student Attorney
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
RANDY L. SCOTT

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. 2:13-MJ-00114-CKD |
|---|---|
| Plaintiff, | ) |
| v. | ) STIPULATION AND ORDER TO VACATE ) BENCH TRIAL AND SET ) A CHANGE OF PLEA |
| RANDY L. SCOTT, | ) |
| Defendant. | ) Date: July 11, 2013 ) Time: 9:30 a.m. ) Judge: Hon. Carolyn K. Delaney |

IT IS HEREBY STIPULATED between the parties through their respective counsel, Ashwin Janakiram, Assistant United States Attorney, and Linda C. Harter, Chief Assistant Federal Defender, attorney for RANDY L. SCOTT, that the Court vacate the June 17, 2013 Bench Trial and set a date for a Change of Plea on July 11, 2013 at 9:30 a.m.

/ / /

| | | |
|---|---|---|
| Dated: June 13, 2013 | | Respectfully submitted, |
| | | HEATHER WILLIAMS<br>Federal Defender |
| | | /s/ Linda C. Harter<br>LINDA C. HARTER<br>Chief Assistant Federal Defender<br>Attorney for Defendant<br>RANDY L. SCOTT |
| | | /s/ Courtney Oxsen<br>COURTNEY OXSEN<br>Certified Student Attorney |
| Dated: June 13, 2013 | | BENJAMIN B. WAGNER<br>United States Attorney |
| | | /s/Ashwin Janakiram<br>ASHWIN JANAKIRAM<br>Assistant United States Attorney |

**ORDER**

IT IS SO ORDERED.

Dated: June 14, 2013

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE